IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LUCAS DYKE, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HORMEL FOODS CORPORATION and PETER VONRUDEN, Individually,<br><br>Defendants. | No. 3:11-cv-3029-JAJ<br><br>JUDGMENT |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order filed on September 11, 2013 (docket number 59):

Judgment is entered in favor of Defendants Hormel Foods Corporation and Peter Vonruden and against Plaintiff Lucas Dyke, individually, and on behalf of all others similarly situated.

Dated September 12, 2013

ROBERT L. PHELPS
CLERK

_____
Deputy Clerk